## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KHALID MOHAMMAD, | Case No. 2:15-CV-00016-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHEN B. WOLFSON, *et al.*, | (DKT. #3) |
| Defendants. | |

On July 21, 2015, Magistrate Judge Foley entered his findings and recommendation (Dkt. #3) recommending I dismiss this complaint with prejudice because the plaintiff did not file an amended complaint within 30 days as ordered. Plaintiff Khalid Mohammad did not file an amended complaint, and he did not file an objection to the findings and recommendation.

I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Foley set forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Foley's findings and recommendation (Dkt. #3) is accepted.

IT IS FURTHER ORDERED that this action is dismissed with prejudice.

DATED this 2nd day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE